JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNET IVINING MAYS, JR., <br><br>　　　　Petitioner, <br><br>　　　v. <br><br>ALEX VILLANUEVA, <br><br>　　　　Respondent(s). | Case No. 2:21-cv-6195-CAS (MAR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated:  November 24, 2021

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge